# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL SMITH,<br><br>    Petitioner,<br><br>  v.<br><br>M.D. MCDONALD, Warden,<br><br>    Respondent. | Case No. CV 11-6534-DMG (JEM)<br><br>**JUDGMENT** |

  In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 9, 2012

                            /s/ Dolly M. Gee
                            DOLLY M. GEE
                      UNITED STATES DISTRICT JUDGE